IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| JARVIS ANDERSON, ) | |
| ) | |
| Petitioner, ) | |
| ) | CIVIL ACTION NO. 16-0276-CG-N |
| vs. ) | |
| ) | CRIM. ACTION NO. 10-0271-CG-N |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |

## ORDER

After due and proper consideration of the issues raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B), is **ADOPTED** as the opinion of this Court.

Accordingly, it is **ORDERED** that Petitioner Jarvis Anderson's petition for habeas corpus relief under 28 U.S.C. § 2255 (Doc. 58) be **DISMISSED with prejudice**.

**DONE and ORDERED** this 4th day of May, 2017.

/s/ Callie V. S. Granade
SENIOR UNITED STATES DISTRICT JUDGE